

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aspire Home Healthcare Inc. and Nightingale Home Healthcare, Inc.<br><br>Plaintiff,<br>V.<br><br>Therastaff, LLC and DOES 1-10<br><br>Defendant. | Civil Action No. 13-cv-02917-MMA-JLB<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses Without Prejudice Plaintiffs' claim and Orders the parties to proceed to arbitration in accordance with the terms of the arbitration agreement.

Date:   6/9/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ V. Mosqueda
V. Mosqueda, Deputy